# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER MAURICE FINLEY,
Appellant,

vs.

JO GENTRY, WARDEN,
Respondent.

No. 72182

**FILED**

APR 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on January 12, 2017. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____,
Parraguirre

_____, J.
Stiglich

cc:  Hon. Linda Marie Bell, District Judge
     Christopher Maurice Finley
     Attorney General/Carson City
     Eighth District Court Clerk

17-12289